FILED
8/6/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
KSR

1:24-cr-00368
Judge Jorge L. Alonso
Magistrate Judge M. David Weisman
RANDOM/CAT. 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISAAC KIM | **UNDER SEAL**<br><br>Case No.<br><br>Violations: Title 18, United States Code, Sections 922(a)(1)(A) and 922(o)(1) |

### COUNT ONE

The SPECIAL MAY 2024 GRAND JURY further charges:

From on or about December 5, 2023 and continuing until on or about January 6, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

ISAAC KIM,

defendant herein, not being a licensed dealer within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms,

In violation of Title 18, United States Code, Section 922(a)(1)(A).

1

**COUNT TWO**

The SPECIAL MAY 2024 GRAND JURY further charges:

On or about December 6, 2023, at Chicago, in the Northern District of Illinois, Eastern Division:

ISAAC KIM,

defendant herein, did knowingly transfer a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely, five machine gun conversion devices, each a part designed and intended solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).

A TRUE BILL:

_____

FOREPERSON

_____

ACTING UNITED STATES ATTORNEY